```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ CHRISTINE C. EWELL
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ STEVEN R. WELK
 4 │ Assistant United States Attorney
   │ Chief, Asset Forfeiture Section
 5 │ P. GREG PARHAM
   │ Special Assistant United States Attorney
 6 │ Asset Forfeiture Section
   │ California Bar No. 140310
 7 │      1400 United States Courthouse
   │      312 North Spring Street
 8 │      Los Angeles, California 90012
   │      Telephone: (213)894-0304
 9 │      Facsimile: (213)894-7177
   │      E-Mail: Greg.Parham@usdoj.gov
10 │
   │ Attorneys for Plaintiff
11 │ United States of America
12 │
   │            UNITED STATES DISTRICT COURT
13 │
   │        FOR THE CENTRAL DISTRICT OF CALIFORNIA
14 │
   │                   WESTERN DIVISION
15 │
   │ UNITED STATES OF AMERICA,   )  NO. CV 07-6568 PSG (JTLx)
16 │                             )
   │           Plaintiff,        )  [PROPOSED] JUDGMENT OF FORFEITURE
17 │                             )
   │      v.                     )
18 │                             )
   │ $9,420.00 IN U.S. CURRENCY, )
19 │                             )
   │           Defendant.        )
20 │                             )
   │ _____)
21 │
22 │      This action arose from the Verified Complaint for Forfeiture
23 │ ("Complaint") filed on October 10, 2007.  Notice of this action
24 │ was given in the manner required by law, and neither known
25 │ potential claimants Christopher Jason Greenaway, Glenda
26 │ Greenaway, Richard Alexander Barber, nor any other potential
27 │ claimants have filed a claim or answer.  The Court deems that
28 │ potential claimants Christopher Jason Greenaway, Glenda
```

1

1 | Greenaway, Richard Alexander Barber, and all other potential
2 | claimants admit the allegations of the Complaint to be true.
3 |     ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that
4 | all right, title, and interest of known potential claimants
5 | Christopher Jason Greenaway, Glenda Greenaway, Richard Alexander
6 | Barber, and all other potential claimants, in and to the defendant
7 | $9,420.00 currency is condemned and forfeited to the United States
8 | of America.  The defendant currency shall be forfeited to the
9 | United States and shall be disposed of in accordance with law.
10 | DATED: _____

                                          _____
                                          HONORABLE PHILIP S. GUTIERREZ
                                          UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ P. Greg Parham*
_____
P. GREG PARHAM
Special Assistant United States Attorney
Attorneys for Plaintiff

2

PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On <u>February 6, 2008</u>, I served a <u>*PLAINTIFF'S NOTICE OF LODGING [PROPOSED] JUDGMENT OF FORFEITURE*</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO ATTACHED SERVICE LIST:**

I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>February 6, 2008</u> at Los Angeles, California.

_____
**Malisa Luong**

SERVICE LIST

Christopher Jason Greenaway
224 Murry Dr.
Orlando, FL 32811

Christopher Jason Greenaway
6265 Curryford Road #139
Orlando, FL 32822

Glenda Greenaway
6265 Curryford Road # 139
Orlando, FL 32822

Glenda Greenaway
224 Murrry Dr.
Orlando, FL 32811

Richard Alexander Barber
4760 Olive Branch Road #1607
Orlando, FL 32811-7398

Richard Alexander Barber
4500 Holly Tree Court #213
Orlando, FL 32811